# IN THE COURT OF APPEALS OF THE STATE OF IDAHO

## Docket No. 41694

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2014 Unpublished Opinion No. 690 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: August 22, 2014 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| WILLIAM RYAN McDOWELL, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Jefferson County. Hon. Gregory W. Moeller, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of two and one-half years, for delivery of a controlled substance, <u>affirmed</u>.

Sean P. Bartholick of Bartholick Law, PLLC, Rexburg, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

─────────────────────────────

Before GUTIERREZ, Chief Judge; GRATTON, Judge;
and MELANSON, Judge

─────────────────────────────

PER CURIAM

William Ryan McDowell pled guilty to delivery of a controlled substance. I.C. § 37-2732(a)(1)(B). In exchange for his guilty plea, additional charges were dismissed. The district court sentenced McDowell to a unified term of five years, with a minimum period of confinement of two and one-half years. McDowell appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing

the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, McDowell's judgment of conviction and sentence are affirmed.